| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| DARREL RAY LYNCH, | § | |
| | § | |
| Movant, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 1:20-CV-510 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Movant, Darrel Ray Lynch, a federal prisoner currently confined at the Jefferson County Jail, proceeding *pro se*, filed this motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends dismissing the motion to vacate, set aside, or correct sentence without prejudice to movant's right to re-file once his appeal is complete (docket entry no. 2).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED.** A Final Judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 4th day of January, 2021.

                                                                   _____
                                                                   MARCIA A. CRONE
                                                                   UNITED STATES DISTRICT JUDGE